## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:25-cr-00157-05 |
| v. | (SAPORITO, J.) |
| DANIEL CHAVIS, a/k/a "Payne," | |
| Defendant. | |

## ORDER

AND NOW, this 29th day of July, 2026, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT** the defendant's motion to dismiss (Doc. 316) is **DENIED**.

*s/Joseph F. Saporito, Jr.*
JOSEPH F. SAPORITO, JR.
United States District Judge
